

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

### FORT WORTH

## NO. 02-11-00481-CV

HARWOOD HOMES, L.P.                                                APPELLANT

V.

STEVEN DANIELS AND KELLEY                                         APPELLEES
DANIELS

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Dismissal Of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

                                                                PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: March 29, 2012

---

[1]*See* Tex. R. App. P. 47.4.